FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Feb 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELANIE KRAUSE,<br><br>      Plaintiff,<br><br>      v.<br><br>SINGING GOAT LLC, d/b/a OMAK GROCERY OUTLET, a Washington Limited Liability Company,<br><br>      Defendant. | No. 2:24-CV-00409-SAB<br><br>**ORDER GRANTING MOTION TO VACATE NOTICE OF INTENT TO MOVE FOR ENTRY OF DEFAULT** |

　　Before the Court is Plaintiff's Consent Motion to Vacate the Notice of Intent to Move for Entry of Default, ECF No. 11. Plaintiff is represented by Dawn McCraw. Defendant is represented by Catharine Morisset and Christina Shin. The motion was considered without oral argument.

　　Plaintiff requests the Court strike her Notice of Intent to Move for Entry of Default, ECF No. 6. Defendant filed its Answer to Plaintiff's Complaint on February 14, 2025. ECF No. 12.

　　As such, the Court grants the motion.

　　Accordingly, **IT IS HEREBY ORDERED**:

　　1.　Plaintiff's Consent Motion to Vacate the Notice of Intent to Move for Entry of Default, ECF No. 11, is **GRANTED**.

**ORDER GRANTING MOTION TO VACATE NOTICE OF INTENT TO MOVE FOR ENTRY OF DEFAULT** ~ 1

2.  Plaintiff's Notice of Intent to Move for Entry of Default, ECF No. 6, is **STRICKEN**.

3.  The Court accepts Defendant's Answer to the Complaint, filed on February 14, 2025.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to enter this Order and provide copies to counsel.

**DATED** this 27th day of February 2025.



Stanley A. Bastian
Chief United States District Judge

**ORDER GRANTING MOTION TO VACATE NOTICE OF INTENT TO MOVE FOR ENTRY OF DEFAULT ~ 2**