FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 18, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MELANIE KRAUSE,<br><br>            Plaintiff,<br><br>       v.<br><br>SINGING GOAT LLC, d/b/a OMAK GROCERY OUTLET, a Washington Limited Liability Company,<br><br>            Defendant. | No. 2:24-CV-00409-SAB<br><br><br>**ORDER OF DISMISSAL** |

Before the Court is the parties' Stipulation of Dismissal, ECF No. 31. Plaintiff is represented by Dawn McCraw, Pamela Rosario, and Janelle J. Romero. Defendant is represented by Catharine M. Morisset, Deborah Kite, and Christina M. Shin.

The parties stipulate and request the Court dismiss this matter with prejudice and without costs or attorney fees to any party. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and the joint wishes of the parties, the Court finds good cause to accept the stipulation and enter it into the record.

//

//

//

**ORDER OF DISMISSAL * 1**

Accordingly, **IT IS HEREBY ORDERED**:

1.  The above-captioned case is **DISMISSED with prejudice** and without costs or attorney's fees.

**IT IS SO ORDERED**. The District Court Clerk is hereby directed to file this Order, provide copies to counsel, and **close** the file.

**DATED** this this 18th day of May 2026.



Stan Bastian
Chief United States District Judge

**ORDER OF DISMISSAL * 2**